CARLETON R. BURCH (Bar No. 130701)
  crb@amclaw.com
JASON W. SUH (Bar No. 256573)
  jws@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff, CUMIS
INSURANCE SOCIETY, INC.

IT IS SO ORDERED
Judge Edward J. Davila
3/19/2014

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUN HEE KANG, an individual; YOUNG JIN KIM, a/k/a CHRIS KIM, an individual; GOLDEN MOTORS, type of entity unknown; GOLDEN STATE MOTORS, type of entity unknown; and GAJOO MOTOR GROUP, type of entity unknown, <br><br> Defendants. | Case No. 14-cv-00634-EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** <br><br> Complaint Served:  February 27, 2014 <br> Current Response Date: March 20, 2014 <br> New Response Date:  March 31, 2014 |

Plaintiff CUMIS INSURANCE SOCIETY, INC. ("CUMIS") and Defendant SUN HEE KANG ("KANG"), by and through their respective attorneys of record, stipulate and agree that KANG will have up to and including **March 31, 2014** to answer the Complaint filed by CUMIS.

/ / /
/ / /
/ / /
/ / /

1  This change will not alter the date of any event or any deadline already fixed
2  by Court order.

3

4  **SO STIPULATED.**

5

6

7  DATED: March 19, 2014        ANDERSON, McPHARLIN & CONNERS LLP

8

9                               By:  /s/   Jason W. Suh
10                                   _____
                                     Carleton R. Burch
                                     Jason W. Suh
11                               Attorneys for Plaintiff, CUMIS INSURANCE
12                               SOCIETY, INC.

13

14

15 DATED: March 18, 2014         LAW OFFICE OF BRIAN H. SONG

16

17                               By:  _____
18                                    Brian H. Song
                                 Attorneys for Defendant, SUN HEE KANG
19

20

21

22

23

24

25

26

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594