United States District Court
Northern District of California

1

2

3        UNITED STATES DISTRICT COURT

4        NORTHERN DISTRICT OF CALIFORNIA

5        SAN JOSE DIVISION

6

7    CUMIS INSURANCE SOCIETY, INC.,              Case No.   14-cv-00634-BLF

              Plaintiff,
8                                                **CASE MANAGEMENT ORDER**

9         v.

10   SUN HEE KANG, et al.,

              Defendants.
11

12

13        On 05/21/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case

14   Management Conference.

15        IT IS HEREBY ORDERED that the following schedule shall apply in this case:

16

17

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 06/26/2014 at 1:30 pm<br>Case Management Statement due 06/19/2014 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Expert Disclosure | 11/12/2014<br>Rebuttal Expert Disclosure 12/12/2014 |
| Fact Discovery Cut-Off | 01/12/2015 |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 11/13/2014 at 9:00 am |
| Final Pretrial Conference/Motions in Limine | 01/29/2015 at 2:30 pm |
| Trial | 02/09/2015 at 9:00 am |

26

27

28

1         IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3         IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5

6  Dated:  May 22, 2014

7                                             

8                                     BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2