UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> SUN HEE KANG, et al., <br><br>    Defendants. | Case No. 14-cv-00634-BLF <br><br> **ORDER SETTING HEARING ON EX PARTE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SUN HEE KANG** <br><br> [Re: ECF 47] |

On January 7, 2015, attorney Brian Song filed an "Ex Parte Motion to Withdraw as Counsel for Defendant Sun Hee Kang." ECF 47. In light of the upcoming trial date, the Court finds good cause to set an early hearing on Mr. Song's motion. IT IS HEREBY ORDERED THAT Mr. Song's motion to withdraw as counsel shall be heard on **January 22, 2015 at 9:00 a.m.** in Courtroom 3, 5th Floor, San Jose. Any written opposition shall be submitted by January 21, 2015. No replies are needed.

Counsel is ordered to ensure, to the best of his ability, that defendant Sun Hee Kang is notified of this hearing and of the related deadlines.

**IT IS SO ORDERED.**

Dated: January 12, 2015

_____
BETH LABSON FREEMAN
United States District Judge