CARLETON R. BURCH (Bar No. 130701)
  crb@amclaw.com
JASON W. SUH (Bar No. 256573)
  jws@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California  90027-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Plaintiff, CUMIS INSURANCE SOCIETY, INC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUN HEE KANG, an individual; YOUNG JIN KIM, a/k/a CHRIS KIM, an individual; GOLDEN MOTORS, type of entity unknown; GOLDEN STATE MOTORS, type of entity unknown; and GAJOO MOTOR GROUP, type of entity unknown, <br><br> Defendants. | Case No. 14-cv-00634-BLF <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE** <br><br><br> Trial Date:      February 9, 2015 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1274892.1 04526-255

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own fees and costs with respect to this litigation.

DATED: January 21, 2015     ANDERSON, McPHARLIN & CONNERS LLP

By: */s/  Jason W. Suh*
Carleton R. Burch
Jason W. Suh
Attorneys for Plaintiff, CUMIS INSURANCE SOCIETY, INC.

DATED: January 21, 2015     SONG & LEE, LLP

By: */s/  Brian H. Song*
Brian H. Song
Attorneys for Defendant, SUN HEE KANG

Pursuant to Local Rule 5-1(i)(3), I hereby attest that Brian Song concurs in this filing's content, and has authorized me to file this document.

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January 2015, at Los Angeles, California.

                                        /s/  Jason W. Suh

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA  90071-2901

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety *without prejudice*.  Each party shall bear their own fees and costs for this action.

Defense counsel's "Motion to Withdraw as Counsel for Defendant Sun Hee Kang," ECF 47, is terminated as moot, and the January 22, 2015 motion hearing is accordingly VACATED.

**IT IS SO ORDERED.**

DATED:	January 21, 2015

_____
The Honorable Beth Labson Freeman
United States District Court Judge